(9 Misc. Rep. 457.)

## WENSLEY v. RANDOLPH.

(Common Pleas of New York City and County, General Term. August 1, 1894.)

Appeal from second district court.

Action by George W. Wensley against Wilton Randolph. From an order granting a motion to open a default, plaintiff appeals. Appeal dismissed.

Argued before BOOKSTAVER and BISCHOFF, JJ.

Wensley & Gilroy, for appellant.
Harrison & Byrd, for respondent.

PER CURIAM. The power of this court to entertain appeals from district courts is purely statutory. No authority for entertaining an appeal from an interlocutory order has been brought to our attention. Our jurisdiction is limited to appeals from judgments, and final orders in summary proceedings. See Jacobs v. Zeltner (handed down herewith) 30 N. Y. Supp. 238. This appeal must therefore be dismissed, with costs to respondent.